**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1086**

In Re:  BERNARD MCFADDEN,

                Petitioner.

On Petition for Writ of Mandamus.
(5:13-cv-02290-JMC)

Submitted:  April 23, 2015          Decided:  April 28, 2015

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Bernard McFadden, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard McFadden petitions for a writ of mandamus seeking an order directing the district court to issue an order compelling discovery or an injunction. We conclude that McFadden is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. U.S. Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).

The relief sought by McFadden is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2